■ IRWIN KRAMER, on Behalf of Himself and All Others Similarly Situated, Respondent, v HERTZ CORPORATION, Appellant. — Appeal from order, Supreme Court, New York County (David Edwards, Jr., J.), entered on October 19, 1982, unanimously dismissed as moot without costs and without disbursements. (See *Kramer v Avis Car Leasing*, 100 AD2d 987.) No opinion. Concur — Murphy, P. J., Sullivan, Ross and Carro, JJ.